# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   JASON A. RITTER & JULIE A. RITTER                  Case Number: 07-70993
         305 W. GRANT STREET                      SSN-xxx-xx-0415 & xxx-xx-8012
         STILLMAN VALLEY, IL  61084

|  |  |
|---|---|
| Case filed on: | 4/24/2007 |
| Plan Confirmed on: | 9/14/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,950.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 23.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 23.38 | 0.00 |
|  |  |  |  |  |  |
| 999 | JASON A. RITTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | WELLS FARGO FINANCIAL ILLINOIS INC | 26,600.00 | 26,600.00 | 672.20 | 1,057.80 |
| 002 | WELLS FARGO FINANCIAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 2,493.32 | 71.13 | 71.13 | 0.00 |
|  | Total Secured | 29,093.32 | 26,671.13 | 743.33 | 1,057.80 |
|  |  |  |  |  |  |
| 001 | WELLS FARGO FINANCIAL ILLINOIS INC | 1,164.79 | 1,164.79 | 0.00 | 0.00 |
| 002 | WELLS FARGO FINANCIAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 206.55 | 206.55 | 0.00 | 0.00 |
| 008 | CALVARY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,278.68 | 1,278.68 | 0.00 | 0.00 |
| 010 | DCL PROPERTIES LLC | 2,390.00 | 2,390.00 | 0.00 | 0.00 |
| 011 | DISCOVER FINANCIAL SERVICES | 883.52 | 883.52 | 0.00 | 0.00 |
| 012 | FIRST NATIONAL BANK OF ROCHELLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | KANE COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MCCARTHY BURGESS & WOLFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 1,148.23 | 1,148.23 | 0.00 | 0.00 |
| 016 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SALINAS FAMILY CHIROPRACTIC | 124.76 | 124.76 | 0.00 | 0.00 |
| 018 | ILLINOIS STUDENT ASSISTANCE COMM | 10,519.25 | 10,519.25 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SLMA TRUST | 10,903.97 | 10,903.97 | 0.00 | 0.00 |
| 023 | COMED CO | 279.58 | 279.58 | 0.00 | 0.00 |
|  | Total Unsecured | 28,899.33 | 28,899.33 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 60,992.65 | 58,570.46 | 766.71 | 1,057.80 |

| | |
|---|---|
| Total Paid Claimant: | $1,824.51 |
| Trustee Allowance: | $125.49 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                  By  /s/Heather M. Fagan